UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS CALHOON,

      Plaintiff,

v.                                   Case No:  8:19-cv-02729-CEH-CPT

RECEIVABLES MANAGEMENT
PARTNERS, LLC,

      Defendant.

_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      COME NOW, Plaintiff, **NICHOLAS CALHOON**, and Defendant(s), **RECEIVABLES MANAGEMENT PARTNERS, LLC** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendant should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

      Respectfully submitted this **June 29, 2020**,

| | |
|---|---|
| **LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.: DEBT FIGHTERS** | **MCGLINCHEY STAFFORD, PLLC** |
| */s/ Kaelyn Steinkraus* | */s/ Dale Thomas Golden* |
| Kaelyn Steinkraus, Esq. | Dale Thomas Golden, Esq. |
| Florida Bar No. 125132 | Florida Bar No.: 0094080 |
| kaelyn@attorneydebtfighters.com | Email: dgolden@gsgfirm.com |
| 2561 Nursery Road, Suite A | 201 North Armenia Avenue |
| Clearwater, FL 33764 | Tampa, Florida 33609-2303 |
| (p) (727) 538-4188 | (p) (813) 251-5500 |
| (f) (727) 362-4778 | (f) (813) 251-3675 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **29th** day of **June, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132