UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS CALHOON,

    Plaintiff,

v.      Case No: 8:19-cv-2729-T-36CPT

RECEIVABLES MANAGEMENT
PARTNERS, LLC,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Stipulated Notice of Voluntary Dismissal With Prejudice (Doc. 19). In accord with the Stipulated Notice of Voluntary Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulated Notice of Voluntary Dismissal With Prejudice is **APPROVED** (Doc. 19).

    2)    This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 30, 2020.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record